BEFORE THE FIRST DIVISION, JUNE 23, 1955

**No. 59164.**—A. Newberg & Co., Inc. *v.* United States, protest 234612–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of novelty figures, composed wholly or in chief value of papier mâché, the same in all material respects as those the subject of Abstract 57018, the claim of the plaintiff was sustained.

**No. 59165.**—Traveler Trading Co. *v.* United States, protest 252906–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of compass rings similar in all material respects to those the subject of Abstract 58039, the claim of the plaintiff was sustained.